# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BARBARA TIANO,

        Petitioner

        v.

CITY OF PHILADELPHIA AND PMA
MANAGEMENT CORP. (WORKERS'
COMPENSATION APPEAL BOARD),

        Respondent

: No. 287 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by Petitioner, is:

> Whether the Commonwealth Court's decision conflicts with this Court's decisions, such as *City of Erie v. WCAB (Annunziata)*, 838 A.2d 598, 602-03 (Pa. 2003), *Oliver v. City of Pittsburgh*, 11 A.3d 960 (Pa. 2011), *Stermel v. Workers' Compensation Appeal Board (City of Philadelphia)*, 103 A.3d 876 (Pa. Cmwlth. 2014), and *Pennsylvania State Police v. Workers' Comp. Appeal Bd. (Bushta)*, 184 A.3d 958, 969 (Pa. 2018), because a self-insured, government entity, is prohibited from subrogating Heart and Lung Benefits Act Benefits from a third-party settlement received by [Petitioner], an employee, who was injured in the line of duty as a Philadelphia Police officer in a non-motor vehicle case[.]

    Additionally, the parties are directed to address the statutory basis for subrogation

under 77 P.S. § 671, as well as the application of *Topelski v. Universal S. Side Autos,*

*Inc.*, 180 A.2d 414 (Pa. 1962), to non-motor vehicle accident cases in light of the recent

line of aforementioned cases involving motor vehicle accidents.